ARNAV INDUSTRIES, INC., Respondent, v JODY PITARI, Appellant.

Submitted August 6, 2012; decided September 18, 2012

Motion for reargument granted and, upon reargument, motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution [see 19 NY3d 949 (2012)].